IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| MICHAEL DORCIK | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § | Civil No. 1:08CV80-HSO-RHW |
| | § | |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant State Farm Fire and Casualty Company. The Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, Defendant's Reply, Plaintiff's Affidavit, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case against Defendant is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 23rd day of January, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE